IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**TRISTINA WHITE and**
**RHONDA SMITH**                                                                **PLAINTIFFS**

**v.**                         **CASE NO. 2:23-CV-00111 BSM**

**KAREN TAPP**                                                                      **DEFENDANT**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed with prejudice.

IT IS SO ORDERED this 9th day of December, 2024.

_____
UNITED STATES DISTRICT JUDGE